IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE MICHAEL MAINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-145 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| ORLANDO HARPER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 9, 2022, the Magistrate Judge issued a Report (Doc. 22) recommending that this case be dismissed pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.[1]

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**; and the Magistrate Judge's R&R (Doc. 22) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

July 11, 2022                                                                 s/Cathy Bissoon

---

[1] A copy of the R&R was mailed to Plaintiff's address-of-record but was returned to the Court undeliverable. It is the litigants' responsibility to keep current their address-of-record, and any failure to do so will be to their detriment. *See generally* Peterson v. Glunt, 2011 WL 6955812, *2 (W.D. Pa. Dec. 8, 2011) (collecting cases).

2

                         Cathy Bissoon
                         United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Shane Michael Mains
168854
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219